NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KRISTEN L. BELLANT,                      )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D17-2013
                                         )
GEORGE M. BELLANT,                       )
                                         )
            Appellee.                    )
_____  )


Opinion filed March 16, 2018.

Appeal from the Circuit Court for Manatee
County; Edward Nicholas, Judge.

Melton H. Little and James M. Horne, Jr.,
of Kallins, Little & Delagado, Palmetto,
for Appellant.

Peter J. Mackey and Drew F. Chesanek of
Mackey Law Group, P.A., Bradenton, for
Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and NORTHCUTT and BADALAMENTI, JJ., Concur.